| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION |
| Case number *(if known)* _____  Chapter  **7** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Casey James, Ltd.** |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **74-2747728** |
| 4. | **Debtor's address** | **Principal place of business**  **8521 N. New Braunfels, Suite 105**  **San Antonio, TX 78218**  Number, Street, City, State & ZIP Code  **Bexar**  County | **Mailing address, if different from principal place of business**  **c/o J. Patrick Lowe, Chapter 7 Trustee for New Opportunities, Inc.**  **2402 East Main Street**  **Uvalde, TX 78801**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ■ Partnership (excluding LLP)  ☐ Other. Specify: _____ |

Debtor **Casey James, Ltd.**      Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

__5222__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7
☐ Chapter 9
☐ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11**. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Casey James, Ltd.**      Case number (*if known*) _____
       Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

List all cases. If more than 1, attach a separate list

Debtor **See Attachment**     Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
      Contact name _____
      Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.
■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
■ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☐ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **Casey James, Ltd.**
Name

Case number (*if known*) _____

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 4

Debtor **Casey James, Ltd.**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **April 19, 2021**
MM / DD / YYYY

X **/s/ J. Patrick Lowe, Chapter 7 Trustee**
Signature of authorized representative of debtor

**J. Patrick Lowe, Chapter 7 Trustee**
Printed name

Title **on behalf of its General Partner, New Opportunities, Inc.**

**18. Signature of attorney**

X **/s/ Kell C. Mercer**
Signature of attorney for debtor

Date **April 19, 2021**
MM / DD / YYYY

**Kell C. Mercer**
Printed name

**Kell C. Mercer, P.C.**
Firm name

**1602 E. Cesar Chavez Street**
**Austin, TX 78702**
Number, Street, City, State & ZIP Code

Contact phone **(512) 627-3512**   Email address **kell.mercer@mercer-law-pc.com**

**Tex. Bar No. 24007668**
Bar number and State

| | | |
|---|---|---|
| Debtor | **Casey James, Ltd.** | Case number (*if known*) |
| | Name | |

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

Case number (*if known*) _____  Chapter  **7**

☐ Check if this an amended filing

# FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **New Opportunities, Inc.** | | Relationship to you | | **General Partner** |
| District | **Western District of Texas, San Antonio Division** | When | **1/07/21** | Case number, if known | **21-50018-rbk** |
| Debtor | **New Opportunities, Inc.** | | Relationship to you | | **General Partner** |
| District | **Western District of Texas, San Antonio Division** | When | **1/13/21** | Case number, if known | **21-50044-rbk** |
| Debtor | **Wallis Alan, Ltd.** | | Relationship to you | | **Affliate** |
| District | **Western District of Texas, San Antonio Division** | When | **4/19/21** | Case number, if known | |

# United States Bankruptcy Court
## Western District of Texas, Austin Division

In re    **Casey James, Ltd.**                             Case No.           
                                    Debtor(s)                     Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

I, J. Patrick Lowe, the Chapter 7 Trustee of New Opportunities, Inc., the General Partner of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge based upon the information in the Schedules and Statement of Financial Affairs filed for New Opportunities, Inc., and the Notes and Statement of Limitations, methodologies, and Disclaimers Regarding Debtor's Schedules of Assets and Liabilities and Statement of Financial Affairs.

Date:    **April 19, 2021**                        **/s/ J. Patrick Lowe, Chapter 7 Trustee**
                                                        **J. Patrick Lowe, Chapter 7 Trustee on behalf of its General Partner, New Opportunities, Inc.**
                                                        Signer/Title

New Opportunities Inc.  
8531 N. New Braunfels, Suite 105  
San Antonio, TX 78217-6365

U.S. BANKRUPTCY COURT  
615 E. HOUSTON STREET, ROOM 597  
SAN ANTONIO, TX 78205-2055

8531 N. NEW BRAUNFELS  
8531 N. NEW BRAUNFELS #105  
SAN ANTONIO, TX 78217-6365

ADAMS, BILLY  
P.O. BOX 353  
SOMERSET, TX 78069-0353

ANDERSON, KAY  
P.O. BOX 473  
LEAKEY, TX 78873-0473

ANDERSON, SUZANNE  
135 PIN OAK LANE  
HEMPSTEAD, TX 77445-9312

Antonio A. Zardenetta  
3211 Canaveral  
San Antonio, Texas 78217-4008

April Caleen Smith  
PO Box 699  
Somerset, TX 78069-0699

Arlene Mahan  
7310 Robin Rest  
San Antonio, TX 78209-3537

Art Mahan Sr. or Elizabeth A. Gomez  
Stephen A. Roberts  
Clark Hill Strasburger  
720 Brazos, Suite 700  
Austin, TX 78701-2531

Art Mahan, Sr. or Elizabeth A. Gomez  
752 Eastview Dr.  
Canyon Lake, TX 78133-6459

BARRERA, JOSE  
10222 SEVERN  
SAN ANTONIO, TX 78217-3943

BASKIN LIVING TRUST  
113 JAVELINA TRAIL  
BASTROP, TX 78602-3976

BISHOP, JACOB  
131 WESTWOOD WAY  
SAN ANTONIO, TX 78218-1717

BISHOP, LAURA  
131 WESTWOOD  
SAN ANTONIO, TX 78218-1717

BISHOP, SAMUEL  
131 WESTWOOD  
SAN ANTONIO, TX 78218-1717

BLACKMAN, ETHAN  
P.O. BOX 275  
LEAKEY, TX 78873-0275

BLACKMAN, LISA  
1653 US HWY 83 S  
LEAKEY, TX 78873-3025

BONEBRAKE, MARY  
3630 CARMEL DR.  
CASPER, WY 82604-4950

BRICE, BILLY JR  
17402 W. LAKEROSE CT.  
CYPRESS, TX 77429-6726

BRICE, LINDA  
13937 BARROW CLIFF LANE  
CYPRESS, TX 77429-6649

BRICE, VIRGINIA  
17402 W. LAKEROSE CT.  
CYPRESS, TX 77429-6726

BROWN, NANCY  
6926 SCENIC SUNSET  
SAN ANTONIO, TX 78249-3515

Barbara Legler  
218 Buckeye Dr  
Katy, TX 77450-1508

Barbara Woodriff and Peter Guenther  
c/o Patrick H. Autry  
Branscomb PLLC  
4630 North Loop 1604 East, #206  
San Antonio, TX 78249

Bexar County  
c/o Don Stecker  
112 E. Pecan Street, Suite 2200  
San Antonio, TX 78205-1588

Birgit Rodriguez  
7127 Westboro Place  
7127 Westboro Place  
San Antonio, TX 78229-4131

Bonnie W Smith  
2788 Indian Wells Dr  
Kerrville, TX 78028-8056

CADENA, J. DON
3111 QUAKERTOWN
SAN ANTONIO, TX 78230-3432

CALVIN, MIKE
3007 SIR PHILLIP
SAN ANTONIO, TX 78209-3516

CHISUM FAMILY TRUST
P.O. BOX 337
LEAKEY, TX 78873-0337

CLEVELAND, CANDICE
14426 BROOKHOLLOW BLVD.
SAN ANTONIO, TX 78232-3830

CLEVELAND, CLAUDIA
21582 FM 1954
HOLLIDAY, TX 76366-3960

CLEVELAND, ELIZABETH
3110 WRIGHT ST. #B
AUSTIN, TX 78704-2834

CLEVELAND, GEORGE
1508 ANDRIA
WICHITA FALLS, TX 76302-3512

CLEVELAND, MARTHA
63 WOLFETON WAY
SAN ANTONIO, TX 78218-6034

CLEVELAND, TED
63 WOLFETON WAY
SAN ANTONIO, TX 78218-6034

CONWAY, KAREN
P.O. BOX 483
HARPER, TX 78631-0483

CRABTREE, DONNA
6306 STABLE BROOK
SAN ANTONIO, TX 78249-4600

CRITTELL, CARL AND MARY
314 CENTERWAY
SAN ANTONIO, TX 78233-6504

CZARNECKI, JOSHUA
16406 PEMOAK
SAN ANTONIO, TX 78240-5607

CZARNECKI, JULIE
16406 PEMOAK DR.
SAN ANTONIO, TX 78240-5607

CZARNECKI, KAYLEE
16406 PEMOAK
SAN ANTONIO, TX 78240-5607

CZARNECKI, MEAGAN
16406 PEMOAK
SAN ANTONIO, TX 78240-5607

Cameron County
c/o Diane W. Sanders
Linebarger Goggan Blair & Sampson, LLP
P.O. Box 17428
Austin, TX 78760-7428

Carl Frank Crittell and Mary Alice Crittell
Malaise Law Firm
909 NE Loop 410, Suite 300
San Antonio, TX 78209-1315

Carrie Smith
2309 Windswept Dr
2309 Windswept Dr
Austin, TX 78738-5497

Cassia E. Johnson
PO Box 746
Converse, TX 78109-0746

Charles S. Plummer
229 Geneseo Road
San Antonio, Texas 78209-5913

Cheryl M. Wetzel
10007 Carolwood Drive
San Antonio, TX 78213-2044

DAWSON KENDALL TRUST
129 TURNBERRY WAY
SAN ANTONIO, TX 78230-5651

DAWSON, EUGENE
29 TILBURY LANE
SAN ANTONIO, TX 78230-5639

DAWSON, MARY D.
29 TILBURY LANE
SAN ANTONIO, TX 78230-5639

DAWSON, SAM
129 TURNBERRY WAY
SAN ANTONIO, TX 78230-5651

DODERER TRUST - MARITAL
8214 ROBIN REST
SAN ANTONIO, TX 78209-2436

DODERER TRUST - REVOCABLE
8214 ROBIN REST
SAN ANTONIO, TX 78209-2436

DODERER, SYLVIA
8214 ROBIN REST
SAN ANTONIO, TX 78209-2436

DUGGER, NANCY
126 HILER
SAN ANTONIO, TX 78209-2731

Dana & Linda Roberts
114 Laural Lane
Universal City, TX 78148-3514

Dana E. & Eddie L. Roberts
114 Laural Lane
Universal City, TX 78148-3514

Dana E. Roberts
114 Laural Lane
114 Laural Lane
Universal City, TX 78148-3514

David Rodriguez
7127 Westboro Place
7127 Westboro Place
San Antonio, TX 78229-4131

Doderer Family Living Trust - Marital
c/o Sylvia Doderer, Trustee
8214 Robin Rest
San Antonio, TX 78209-2436

Doderer Revocable Trust
c/o Sylvia Doderer, Trustee
8214 Robin Rest
San Antonio, TX 78209-2436

Donna L. Crabtree
6306 STABLE BROOK DR
SAN ANTONIO, TX 78249-4600

Donna M. Valiente
c/o Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, #700
Austin, TX 78701-2531

Douglas Little
4703 HWY 2563
Gorman, TX 76454-2637

EDWARDS, ODESSA
1016 E. GRUBB
MESQUITE, TX 75149-7504

Elizabeth Plummer as Custodian for Julian Pl
c/o Lamont A. Jefferson
Jefferson Cano
112 E. Pecan, Suite 1650
San Antonio, TX 78205-8902

Estate of Odessa Edwards
1016 e grubb drive
Mesquite, TX 75149-7504

FARVER, JEFF H.
3319 FALLING BROOK
SAN ANTONIO, TX 78258-4432

FINLEON, MIKE
2127 SHADY CLIFF
SAN ANTONIO, TX 78232-3113

FISHER, JOANN
P.O. BOX 275
LEAKEY, TX 78873-0275

FRAZEE. GRETCHEN
1724 COLUMBIA PIKE
ARLINGTON, VA 22204-4604

FRIDDLE, CASS
P.O. BOX 461031
SAN ANTONIO, TX 78246-1031

FRIDDLE, CHRISTIAN D.
P.O. BOX 461031
SAN ANTONIO, TX 78246-1031

FRIDDLE, PAUL
P.O. BOX 293718
KERRVILLE, TX 78029-3718

Frankie M. Klonek
Malaise Law Firm
909 NE Loop 410, Suite 300
San Antonio, TX 78209-1315

GARCIA, KATE
14018 PEBBLEBROOK
HOUSTON, TX 77079-5743

GILLESPIE, VICKIE
3601 NORTH HILLS BLVD.
NORTH LITTLE ROCK, AR 72116-8591

GRAHAM, SANDRA
3043 LOW OAK
SAN ANTONIO, TX 78232-1814

GRAY, HANK AND BILLIE
13922 PORT BLUFF
SAN ANTONIO, TX 78216-1931

GRIGORY, STEPHEN
9107 POWHATAN
SAN ANTONIO, TX 78230-4401

GUENTHER, PAULA
P.O. BOX 96
UKIAH, OR 97880-0096

GUENTHER, PETER
2308 10th STREET
MONROE, WI 53566-1803

Garrett M. Johnson
PO Box 746
Converse, TX 78109-0746

Garrett M. Johnson
Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701-2531

Gary Wheatley
c/o Law Office of William B. Kingman, P.
3511 Broadway
San Antonio, TX 78209-6513

```
George H. Williamson                 Gretchen Mahan Frazee                  Gretchen Mahan Frazee
c/o Ronald J. Johnson                1724 Columbia Pike                     Stephen A. Roberts
Law Offices of Ronald J. Johnson     Arlington, VA 22204-4604               Clark Hill Strasburger
3233 S. Valley View Lane                                                    720 Brazos, Suite 700
San Antonio, TX 78217-5139                                                  Austin, TX 78701-2531


HALE, GRAHAM                         HALE, JAMES                            HALE, JUSTIN
3008 WORTH LANE                      229 FLEETWOOD                          202 BLUFFKNOLL
BELTON, TX 76513-8178                SAN ANTONO, TX 78232-2111              SAN ANTONIO, TX 78216


HALE, MATTHEW                        HALE, SANDRA                           HARRIS, DANIEL
10214 BRIAR ROSE DR.                 229 FLEETWOOD                          2111 SMOKE TREE TRAIL
HOUSTON, TX 77042-2426               SAN ANTONIO, TX 78232-2111             ROUND ROCK, TX 78681-2207


HARRIS, DELLA                        HENGST, EVELYN                         HENGST, MAX
10314 KINGS GRANT DR.                5120 OLD AUGER ROAD                    5120 OLD AUGER ROAD
SAN ANTONIO, TX 78230-4117           CRISFIELD, MD 21817-2536               CRISFIELD, MD 21817-2536


HUGHES TRUST                         (p)HUMMEL REVOCABLE LIVING TRUST       (p)SUANNE HUMMEL
3 HILLVIEW TERRACE                   ATTN CHERYL H HUMMEL                   6505A MELROSE TRAIL
MEDWAY, MA 02053-1903                7609 NE 61ST CIRCLE                    APT A
                                     VANCOUVER WA 98662-4904                AUSTIN TX 78727-6988


Harlingen City Tax Office            IZQUIERDO, ROBERTO                     Internal Revenue Service
Village Shopping Center              TIACOPAC                               P.O. Box 7346
609 N. 77 Sunshine Strip             SAN ANGEL, MX DF 01040                 Philadelphia, PA  19101-7346
Harlingen, TX 78550-8845


J. Don Cadena                        JBS 401K PSP                           JOHN BROWN
3111 Quakertown Dr                   317 SIDNEY BAKER SOUTH, STE. 400-264   12591 BLANCHARD ROAD
San Antonio, TX 78230-3432           KERRVILLE, TX 78028-5948               ATASCOSA, TX 78002-3956


JOHNSON, CASSIA                      JOHNSON, GARRETT                       Jacob P. Bishop
P.O. BOX 746                         P.O. BOX 746                           12822 Castle George St.
CONVERSE, TX 78109-0746              CONVERSE, TX 78109-0746                San Antonio, TX 78230-2807


Jacob P. Bishop                      James E. Mahan, Jr.                    Jeffrey Lilly
Stephen A. Roberts                   445 Copper Ridge Dr.                   C/O Elena P. Serna
Clark Hill Strasburger               New Braunfels, TX 78132-3522           Rosenblatt Law Firm
720 Brazos, Suite 700                                                       16731 Huebner Rd
Austin, TX 78701-2531                                                       San Antonio, Texas 78248-2351


Jeffrey M. Manship                   Jennifer Michulka                      JoAnn Fisher
c/o Ronald J. Johnson                191 Private Road 7064                  P O Box 275
Law Offices of Ronald J. Johnson     Buna, TX 77612-1778                    Leakey, TX 78873-0275
3233 S. Valley View Lane
San Antonio, TX 78217-5139
```

JoAnn Fisher custodian for Ethan Blackman
P O Box 275
P O Box 275
Leakey, TX 78873-0275

Joshua Czarnecki
16618 Worthington
San Antonio, TX 78248-2212

Joshua Czarnecki
c/o Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701-2531

Judith Paddock
1421 Skyline Dr.
Canyon Lake, TX 78133-4821

Julian & Nana Stewart
Mangement Trust
200 Patterson
San Antonio, TX 78209-6223

Julian C. and Nana B. Stewart Management Tru
c/o Lamont A. Jefferson
Jefferson Cano
112 E. Pecan, Suite 1650
San Antonio, TX 78205-8902

Julie M. Czarnecki
16406 Pemoak
San Antonio, TX 78240-5607

Julie M. Czarnecki
c/o Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, #700
Austin, TX 78701-2531

KACHMER, MIKE
1475 HILLCREST FOREST
CANYON LAKE, TX 78133-5008

KEIR, RANDY AND DIANE
12 THUNDER HOLLOW
SPRING, TX 77381-5139

KLONEK, FRANKIE
5813 ARCHWOOD
SAN ANTONIO, TX 78239-1409

KOOIMAN, RODNEY
21011 BRADBURY LANE
MABELVALE, AR 72103-8779

KOOIMAN, WILLIAM
2921 N.W. 82nd WAY
PEMBROKE PINES, FL 33024-3178

Karen Conway
P.O. Box 483, 446 Mosel Rd.
Harper, TX 78631-0483

Kay Anderson
P O Box 473
Leakey, TX 78873-0473

Kayla B. Nowak
1627 Adobe Square Dr.
San Antonio, TX 78232-4985

Kayla B. Nowak
Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701-2531

Kaylee N. Czarnecki
16406 Pemoak
San Antonio, TX 78240-5607

Kaylee N. Czarnecki
Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701-2531

LAMB, ROBERT
27380 WEST ROAD
SPENCER, OH 44275-9402

LEGLER, BARBARA
218 BUCKEYE
KATY, TX 77450-1508

LEINWEBER, LANNY
1212 LEINWEBER BLVD.
MOUNTAIN HOME, TX 78058-1140

LEINWEBER, MARILYN
1212 LEINWEBER LANE
MOUNTAIN HOME, TX 78058-1140

LIDIAK, LAJOTA
4119 TIMBER TRAIL DR.
ARLINGTON, TX 76016-4620

LILLY REVOCABLE TRUST
11125 FM 1560
HELOTES, TX 78023-4230

LILLY, JEFF
11125 FM 1560 N
HELOTES, TX 78023-4230

LILLY, TERESA
11125 FM 1560 N
HELOTES, TX 78023-4230

LITTLE TRUST
4703 HWY 2563
GORMAN, TX 76454-2637

LITTLE, DOUGLAS
4703 HIGHWAY 2563
GORMAN, TX 76454-2637

Lanny & Marilyn Leinweber
1212 Leinweber Blvd.
Mt. Home, TX 78058-1140

| | | |
|---|---|---|
| Laura A. Bishop and Paul R. Bishop<br>131 Westwood Way<br>San Antonio, TX 78218-1717 | Laura A. Bishop and Paul R. Bishop<br>c/o Stephen A. Roberts<br>Clark Hill Strasburger<br>720 Brazos, Suite 700<br>Austin, TX 78701-2531 | Laura M. Bishop<br>131 Westwood Way<br>San Antonio, TX 78218-1717 |
| Laura M. Bishop<br>c/o Stephen A. Roberts<br>Clark Hill Strasburger<br>720 Brazos, Suite 700<br>Austin, TX 78701-2531 | Linda K. Roberts<br>114 Laural Lane<br>Universal City, TX 78148-3514 | Linda Maxwell<br>P O Box 74<br>Boerne, TX 78006-0074 |
| Lisa F Blackman<br>1653 US Hwy 83 S<br>1653 US Highway 83 S<br>Leakey, TX 78873-3025 | MAHAN, ARLENE<br>7310 ROBIN REST<br>SAN ANTONIO, TX 78209-3537 | MAHAN, ART<br>752 EASTVIEW DRIVE<br>CANYON LAKE, TX 78133-6459 |
| MAHAN, JAMES JR<br>445 COPPER RIDGE DRIVE<br>NEW BRAUNFELS, TX 78132-3522 | MAHAN, PETERSEN<br>546 HAZY HILLS LOOP<br>DRIPPING SPRINGS, TX 78620-2136 | MANSELL, CHARISSE<br>10054 WHEAT RIDGE DR.<br>FRISCO, TX 75033-4719 |
| MANSELL, CYLE<br>909 BIG EASY STREET<br>ODESSA, TX 79765-2295 | MANSELL, MEGAN<br>1100 ABBOTS LANE<br>DENTON, TX 76205-8049 | MANSHIP, JEFFREY<br>3406 ELM HILL ST.<br>SAN ANTONIO, TX 78230-2703 |
| MANSHIP, TRISHA<br>3406 ELM HILL ST.<br>SAN ANTONIO, TX 78230-2703 | MAXWELL, LINDA<br>P.O. BOX 74<br>BOERNE, TX 78006-0074 | MAYFIELD, ERIC<br>225 HUNTER HILLS DRIVE<br>NEW BRAUNFELS, TX 78132-4230 |
| MEARSE, SALLISUE<br>6313 NAPOLI CIRCLE<br>LEWISVILLE, TX 75077-8528 | MICHULKA, JENNIFER<br>191 PR 7064<br>BUNA, TX 77612 | MOFFETT, DARINDA<br>1143 SCENIC DRIVE<br>GRANBURY, TX 76048-5332 |
| Margaret M. Newberry<br>c/o Ronald J. Johnson<br>Law Offices of Ronald J. Johnson<br>3233 S. Valley View Lane<br>San Antonio, TX 78217-5139 | Mary Polasek<br>5601 US HWY 181 North<br>Floresville, TX 78114-6282 | McLAUGHLIN, KELLI<br>8306 LONGVIEW RD.<br>AUSTIN, TX 78745-7502 |
| McWHORTER, CATHY<br>3945 ROBIN TRAIL<br>COLLEGE STATION, TX 77845-8172 | Meagan A. Roberts<br>Stephen A. Roberts<br>Clark Hill Strasburger<br>720 Brazos, Suite 700<br>Austin, TX 78701-2531 | Meagan M. Czarnecki<br>16406 Pemoak<br>San Antonio, TX 78240-5607 |
| Michael F Calvin<br>3007 Sir Phillip<br>San Antonio, TX 78209-3516 | Michael J. Finleon<br>2127 Shady Cliff<br>San Antonio, Texas 78232-3113 | NEAL, ROBIN<br>5717 WINDY HOLLOW<br>SAN ANTONIO, TX 78239-2017 |

NEWBERRY, MARGARET
14511 CHADBOURNE DR.
HOUSTON, TX 77079-6525

NIEDERHOFER, G.W.
26933 MERLOT RIVER
KINGWOOD, TX 77339-1449

NIEDERHOFER, GLENDA
26933 MERLOT RIVER
KINGWOOD, TX 77339-1449

NIEMEYER, CARLA
P.O. BOX 777
LEAKEY, TX 78873-0777

NOLL, PATRICIA
135 W. ARROWHEAD
SAN ANTONIO, TX 78228-2404

NOWAK, KAYLA
131 WESTWOOD WAY
SAN ANTONIO, TX 78218-1717

Nancy Brown
6926 Scenic Sunset
San Antonio, TX 78249-3515

Nancy Brown
Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701-2531

Nancy Dugger
c/o Michael Flume
Flume Law Firm, LLP
1020 N.E. Loop 410, Ste. 530
San Antonio, TX 78209-1223

Ozell Yates/Jan Yates Files
1016 E Grubb Drive
Mesquite, TX 75149-7504

PADDOCK, JUDITH
1421 SKYLINE DRIVE
CANYON LAKE, TX 78133-4821

PHILLIPS, PAIGE
131 WESTWOOD WAY
SAN ANTONIO, TX 78218-1717

PITTS, CHRISTIAN
625 CREEKSIDE WAY #1516
NEW BRAUNFELS, TX 78130-3976

PLUMMER, CHARLES
229 GENESEO
SAN ANTONIO, TX 78209-5913

PLUMMER, ELIZABETH
229 GENESEO RD.
SAN ANTONIO, TX 78209-5913

POLASEK, MARY
5601 US HWY 181 NORTH
FLORESVILLE, TX 78114-6282

PROFESSIONAL FLIGHT
3635 HAECKERVILLE RD.
CIBOLO, TX 78108-4138

Paige Bishop Phillips
131 Westwood Way
San Antonio, TX 78218-1717

Paige Bishop Phillips
Stephen A. Roberts
Clark Hill Strasburger
720 Brazos, Suite 700
Austin, TX 78701-2531

Peterson T. Mahan
546 Hazy Hills Loop
Dripping Springs, TX 78620-2136

ROBERT BRADY WATSON
454 FLIPPIN ESTS
WINDCREST TX 78239
454 FLIPPIN ESTS
WINDCREST, TX 78239-3273

ROBERTS, DANA
114 LAURAL LANE
UNIVERSAL CITY, TX 78148-3514

ROBERTS, DANA & EDDIE
114 LAURAL LANE
UNIVERSAL CITY, TX 78148-3514

ROBERTS, LINDA
114 LAURAL LANE
UNIVERSAL CITY, TX 78148-3514

ROBINSON, GIL
5150 BROADWAY #610
SAN ANTONIO, TX 78209-5710

RODRIGUEZ, BIRGIT
7127 WESTBORO PLACE
SAN ANTONIO, TX 78229-4131

RODRIGUEZ, DAVID
7127 WESTBORO PLACE
SAN ANTONIO, TX 78229-4131

Robin B Neal
5717 Windy Hollow
5717 Windy Hollow
San Antonio, TX 78239-2017

Rodney Kooiman
21011 Bradbury Ln
21011 Bradbury Ln
Mabelvale, AR 72103-8779

SALAZAR, A.R.
1026 RIVER GLEN WEST
SAN ANTONIO, TX 78216-7829

| | | |
|---|---|---|
| SCHAEFER, JOYCE<br>955 RIVERWAY<br>SPRING BRANCH, TX 78070-5967 | SCHAEFER, MORRIS<br>955 RIVER WAY<br>SPRING BRANCH, TX 78070-5967 | SIKES, CLYDE & BARBARA<br>30920 FIREBIRD DR.<br>FAIR OAKS RANCH, TX 78015-4164 |
| SILLS, FRANK<br>152 COUNTRY ACRES<br>ADKINS, TX 78101-2700 | SMITH, APRIL<br>P.O. BOX 699<br>SOMERSET, TX 78069-0699 | SMITH, BONNIE<br>7406 MISSION TOWER<br>BOERNE, TX 78015-4804 |
| SMITH, CARRIE<br>2309 WINDSWEPT DRIVE<br>AUSTIN, TX 78738-5497 | SMITH, KEVIN<br>11603 MILE DR.<br>HOUSTON, TX 77065-1805 | STEAGALL, JOHN<br>426 LOCH LOMOND<br>CIBOLO, TX 78108-3559 |
| STEAGALL, Y OLANDA<br>426 LOCH LOMOND<br>CIBOLO, TX 78108-3559 | STEWART MGMT TRUST<br>200 PATTERSON #412<br>SAN ANTONIO, TX 78209-6266 | Samuel A. Bishop<br>Stephen A. Roberts<br>Clark Hill Strasburger<br>720 Brazos, Suite 700<br>Austin, TX 78701-2531 |
| Samuel Alton Bishop<br>131 Westwood Way<br>San Antonio, TX 78218-1717 | Sandra Baskin<br>113 Javelina Trail<br>Bastrop, TX 78602-3976 | Sandra L. Graham<br>c/o Ronald J. Johnson<br>Law Offices of Ronald J. Johnson<br>3233 S. Valley View Lane<br>San Antonio, TX 78217-5139 |
| Stephen A. Roberts<br>Clark Hill Strasburger<br>720 Brazos, Suite 700<br>Austin, TX 78701-2531 | Steven G. Cennamo<br>Malaise Law Firm<br>909 NE Loop 410, Suite 300<br>San Antonio 78209-1315 | Steven G. Cennamo<br>Malaise Law Firm<br>909 NE Loop 410, Suite 300<br>San Antonio, TX 78209-1315 |
| Sylvia Doderer<br>8214 Robin Rest<br>San Antonio, TX 78209-2436 | TAUSCH VENTURES<br>P.O. BOX 741<br>HELOTES, TX 78023-0741 | Tammy Friddle FBO Christian D. Friddle<br>14914 Gateview Dr.<br>San Antonio, TX 78248-2701 |
| Tammy Friddle or Tessa Friddle<br>FBO Cass Friddle<br>14914 Gateview Dr.<br>San Antonio, TX 78248-2701 | Tausch Ventures, LLC<br>c/o Michael G. Colvard<br>Martin & Drought, P.C.<br>Weston Centre<br>112 East Pecan Street, Ste. 1616<br>San Antonio, TX 78205-1512 | Teresa Lilly<br>C/O Elena P. Serna<br>Rosenblatt Law Firm<br>16731 Huebner Rd<br>San Antonio, Texas 78248-2351 |
| Trisha Manship<br>c/o Ronald J. Johnson<br>Law Offices of Ronald J. Johnson<br>3233 S. Valley View Lane<br>San Antonio, TX 78217-5139 | United States Attorney<br>Taxpayer Division<br>601 N.W. Loop 410 Suite 600<br>San Antonio, TX 78216-5512 | United States Trustee - SA12<br>US Trustee's Office<br>615 E Houston, Suite 533<br>PO Box 1539<br>San Antonio, TX 78295-1539 |
| VALIENTE, DONNA<br>P.O. BOX 746<br>CONVERSE, TX 78109-0746 | WALKER, ROBERT<br>1301 S. 3rd AVE., UNIT 16-A<br>SEQUIM, WA 98382-3959 | WATSON, BRADY<br>454 FLIPPIN ESTATES<br>SAN ANTONIO, TX 78239-3273 |

| | | |
|---|---|---|
| WATSON, DONNA<br>454 FLIPPIN ESTATES<br>SAN ANTONIO, TX 78239-3273 | WETZEL, CHERYL<br>10007 CAROLWOOD<br>SAN ANTONIO, TX 78213-2044 | WHEATLEY, LORETTA<br>604 HI CIRCLE WEST<br>HORSESHOE BAY, TX 78657-6539 |
| WHITBY, SANDRA<br>3215 MORNING TRAIL<br>SAN ANTONIO, TX 78247-3332 | WHITBY, SANDY<br>3215 MORNING TRAIL<br>SAN ANTONIO, TX 78247-3332 | WHITE, COURTNEY<br>3635 HAECKERVILLE RD.<br>CIBOLO, TX 78108-4138 |
| WHITE, DOROTHEE<br>3635 HAECKERVILLE<br>CIBOLO, TX 78108-4138 | WHITE, LARRY<br>162 DEAN ROAD<br>CIBOLO, TX 78108-1902 | WHITE, TOM<br>3635 HAECKERVILLE<br>CIBOLO, TX 78108-4138 |
| WHITE, TRAVIS<br>3635 HAECKERVILLE RD.<br>CIBOLO, TX 78108-4138 | WILLIAMS, DANNY<br>885 FM 2538<br>SEGUIN, TX 78155-8301 | WILLIAMSON, GEORGE<br>3043 LOW OAK<br>SAN ANTONIO, TX 78232-1814 |
| WILSON, JANET<br>90 BENT OAK CIRCLE<br>THOMASVILLE, GA 31757-9502 | WILSON, SAM<br>79 COLE POINT<br>HOSCHTON, GA 30548-4342 | WOODRIFF, BARBARA<br>2308 10th STREET<br>MONROE, WI 53566-1803 |
| William Kooiman<br>2921 NW 82nd Way<br>Cooper City, FL 33024-3178 | YATES, OZELL<br>1016 E. GRUBB<br>MESQUITE, TX 75149-7504 | Yolanda Pearson<br>3211 Canaveral<br>San Antonio, Texas 78217-4008 |
| Yolanda Pearson and Antonio A. Zardenetta<br>Attn: Jose L. Soria<br>6800 Park Ten Blvd, Ste 222-N<br>San Antonio, Texas 78213-4299 | Allen M. DeBard<br>Langley & Banack, Inc.<br>745 E Mulberry Ave, Suite 700<br>San Antonio, TX 78212-3172 | John Patrick Lowe<br>2402 East Main Street<br>Uvalde, TX 78801-4943 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

HUMMEL REVOCABLE LIVING TRUST
7609 N.E. 61st CIRCLE
VANCOUVER, WA 98662-4904

HUMMEL, SUANNE
6505A MELROSE TRAIL
AUSTIN, TX 78727